# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]<br><br>Judge George W. Miller |

## REPLY

Plaintiff, EP Production Services, L.P., by its undersigned attorneys, in reply to the Counterclaim filed in Fed. Cl. No. 02-1922 T, admits, denies and alleges as follows:

## COUNTERCLAIM

223. Plaintiff avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 223 of the Counterclaim.

## COUNT ONE

224. Plaintiff admits the allegations of paragraph 224 of the Counterclaim.

225. Plaintiff admits the allegations of paragraph 225 of the Counterclaim.

226. Plaintiff denies the allegations of paragraph 226 of the Counterclaim.

[1] Proceedings in these related cases were consolidated by Order dated January 7, 2003.

**COUNT TWO**

227. Plaintiff admits the allegations of paragraph 227 of the Counterclaim.

228. Plaintiff admits the allegations of paragraph 228 of the Counterclaim.

229. Plaintiff denies the allegations of paragraph 229 of the Counterclaim.

**COUNT THREE**

230. Plaintiff admits the allegations of paragraph 230 of the Counterclaim.

231. Plaintiff admits the allegations of paragraph 231 of the Counterclaim.

232. Plaintiff denies the allegations of paragraph 232 of the Counterclaim.

**COUNT FOUR**

233. Plaintiff admits the allegations of paragraph 233 of the Counterclaim.

234. Plaintiff admits the allegations of paragraph 234 of the Counterclaim.

235. Plaintiff denies the allegations of paragraph 235 of the Counterclaim.

**COUNT FIVE**

236. Plaintiff admits the allegations of paragraph 236 of the Counterclaim.

237. Plaintiff admits the allegations of paragraph 237 of the Counterclaim.

238. Plaintiff denies the allegations of paragraph 238 of the Counterclaim.

**COUNT SIX**

239. Plaintiff admits the allegations of paragraph 239 of the Counterclaim.

240. Plaintiff admits the allegations of paragraph 240 of the Counterclaim.

241. Plaintiff denies the allegations of paragraph 241 of the Counterclaim.

**COUNT SEVEN**

242. Plaintiff admits the allegations of paragraph 242 of the Counterclaim.

243. Plaintiff admits the allegations of paragraph 243 of the Counterclaim.

244. Plaintiff denies the allegations of paragraph 244 of the Counterclaim.

**COUNT EIGHT**

245. Plaintiff admits the allegations of paragraph 245 of the Counterclaim.

246. Plaintiff admits the allegations of paragraph 246 of the Counterclaim.

247. Plaintiff denies the allegations of paragraph 247 of the Counterclaim.

**COUNT NINE**

248. Plaintiff admits the allegations of paragraph 248 of the Counterclaim.

249. Plaintiff admits the allegations of paragraph 249 of the Counterclaim.

250. Plaintiff denies the allegations of paragraph 250 of the Counterclaim.

**COUNT TEN**

251. Plaintiff admits the allegations of paragraph 251 of the Counterclaim.

252. Plaintiff admits the allegations of paragraph 252 of the Counterclaim.

253. Plaintiff denies the allegations of paragraph 253 of the Counterclaim.

**COUNT ELEVEN**

254. Plaintiff admits the allegations of paragraph 254 of the Counterclaim.

255. Plaintiff admits the allegations of paragraph 255 of the Counterclaim.

256. Plaintiff denies the allegations of paragraph 256 of the Counterclaim.

**COUNT TWELVE**

257. Plaintiff admits the allegations of paragraph 257 of the Counterclaim.

258. Plaintiff admits the allegations of paragraph 258 of the Counterclaim.

259. Plaintiff denies the allegations of paragraph 259 of the Counterclaim.

**COUNT THIRTEEN**[2]

260. Plaintiff admits the allegations of paragraph 260 of the Counterclaim.

261. Plaintiff admits the allegations of paragraph 261 of the Counterclaim.

262. Plaintiff denies the allegations of paragraph 262 of the Counterclaim.

**COUNT FOURTEEN**

263. Plaintiff admits the allegations of paragraph 263 of the Counterclaim.

264. Plaintiff admits the allegations of paragraph 264 of the Counterclaim that the IRS assessed against Plaintiff accrued interest in the amount of $2,633,295.68 and failure to deposit penalty in the amount of $246,366.59 and avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 264 of the Counterclaim that the IRS assessed against Plaintiff accuracy-related penalties in the amount of $492,733.18.

265. Plaintiff denies the allegations of paragraph 265 of the Counterclaim.

**COUNT FIFTEEN**

266. Plaintiff admits the allegations of paragraph 266 of the Counterclaim.

267. Plaintiff admits the allegations of paragraph 267 of the Counterclaim.

268. Plaintiff denies the allegations of paragraph 268 of the Counterclaim.

The remainder of the Counterclaim consists of a prayer for relief as to which no responsive pleading is required; to the extent a responsive pleading may be deemed required, Plaintiff denies the remainder of the Counterclaim.

---

[2] Count Thirteen of defendant's Amended Answer and Counterclaim is incorrectly designated as "Count XII."

Plaintiff denies each and every allegation of the Counterclaim not expressly admitted above.

Respectfully submitted,

April 6, 2007

s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999

Stuart E. Seigel
Of Counsel
1095 Park Avenue
New York, NY 10128
phone - (212) 427-3404
facsimile - (212) 427-3604